COPY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| ISADORE GARTRELL<br>*Plaintiff*<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, ET AL<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 1:10-CV-2160<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    T.R. Sniezek
    FCI Schuylkill
    Federal Correctional Institution
    Interstate 81 & 901 W
    Minersville, PA 17954.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Su Ming Yeh
                                        Pennsylvania Institutional Law Project
                                        Cast Iron Bldg.
                                        718 Arch Street
                                        Suite 304 South
                                        Philadelphia, PA 19106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                         CLERK OF COURT

Date:     10/20/2010

                                                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10-CV-2160

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  T.R. SNIEZEK

was received by me on *(date)* 11/29/10 .

☒ I personally served the summons on the individual at *(place)* residential address of 1486 Stone Castle Trail, Salem, Ohio 44460  on *(date)* 11/29/10 at 9:35 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

\* Additional documents served: Complaint, Civil Cover Sheet and Petition

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/9/10

*Server's signature*

ANTHONY TRUJILLO , PRIVATE PROCESS SERVER
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Server's address*

IN THE UNITED STATES DISTRICT COURT 

MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISADORE GARTRELL, | ) | Civil Action No. 1:10 CV 2160 |
| Plaintiff, | ) ) | State of Ohio Private Process Server's |
| vs. | ) ) | Proof of Service of Summons, Complaint, Civil Cover Sheet and Petition, |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) | upon: T.R. SNIEZEK |
| Defendants. | ) ) | |

CERTIFIED AFFIDAVIT OF SERVICE

SUMMIT COUNTY, STATE OF OHIO, SS:

I, ANTHONY TRUJILLO, Private Process Server, State of Ohio, being first duly cautioned and sworn, depose and say: That the deponent is over eighteen (18) years of age and is a resident of the State of Ohio.

On Monday, November 29, 2010, at 9:35 p.m., I arrived at the given residential address of 1486 Stone Castle Trail, Salem, Ohio 44460. After knocking at the door, a man answered. I asked if he was T.R. (Thomas) Sniezek and the man replied he was. As I told him he was being served with legal documents, I extended them forward to he could take them from me. However, as I was doing this, Mr. Sniezek tried to shut the door. The documents were caught halfway inside the house, wedged by the door. I stated, "Mr. Sniezek, sir, those are your documents," then turned away to return to my car.

Mr. Sniezek then came out of the house with the documents in his hand. He threw them at me so they hit me in the back. As the papers were already served to him, I made no move to pick them up, and continued to my car.

As I got into my car, Mr. Sniezek told me I was trespassing. He then stood behind my car so I could not leave via the driveway. I then called the Salem Police Department and explained the situation.

Approximately 10 minutes later, the police arrived. The officers spoke with both of us, then advised Mr. Sniezek to move so I could leave. The officers had to physically move Mr. Sniezek from behind my vehicle. After they had done so, I drove away.

Thus, I personally served T.R. (Thomas) Sniezek with the documents on November 29, 2010, at 9:35 p.m.

FURTHER AFFIANT SAYETH NAUGHT

Process Server: ANTHONY TRUJILLO

SWORN TO AND SUBSCRIBED IN MY PRESENCE, this 9th day of December, 2010,

Richard D. Purser
Resident Medina County
Notary Public, State of Ohio
My Commission Expires: 04-05-2014

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050